STATE of Missouri, Respondent,

v.

James SALLEE, Appellant.

No. WD 43099.

Missouri Court of Appeals,
Western District.

Nov. 20, 1990.

Kay Evans, Asst. Public Defender, Columbia, for appellant.

Joe L. Moseley, Pros. Atty., Robert Aulgur, Asst. Pros. Atty., Columbia, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from conviction of assault of a law enforcement officer in the third degree, § 565.083, RSMo Supp.1989, and from sentence of thirty days confinement.

Judgment affirmed. Rule 30.25(b).

Kenneth T. NEWTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43310.

Missouri Court of Appeals,
Western District.

Nov. 27, 1990.

J. Bryan Allee, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Appeal dismissed. Rule 84.16(b).